## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**LACEY GALJOUR**                                                          **PLAINTIFF**

**v.**                                              **CAUSE NO. 1:22CV245-LG-BWR**

**CITY OF OCEAN SPRINGS**
**PD and JACKSON COUNTY**
**SHERIFF DEPT.**                                                 **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION
### AND DISMISSING CASE AS FRIVOLOUS

**BEFORE THE COURT** is the [4] Report and Recommendation entered by

United States Magistrate Judge Bradley W. Rath.  Judge Rath recommends that

this § 1983 lawsuit be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)

because it was filed after the statute of limitations had expired.  Plaintiff Lacey

Galjour did not file an objection to the Report and Recommendation, and the

deadline for filing an objection has expired.

Where no party has objected to the Magistrate Judge's report and

recommendation, the Court need not conduct a de novo review of it.  *See* 28 U.S.C. §

636(b)(1) ("A judge of the court shall make a de novo determination of those portions

of the report or specified proposed findings and recommendations to which objection

is made.")  In such cases, the Court need only satisfy itself that there is no clear

error on the face of the record.  *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415,

1420 (5th Cir. 1996).  Having conducted the required review, the Court finds that

Judge Rath's Report and Recommendation is neither clearly erroneous nor contrary

to law.  This lawsuit is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS THEREFORE ORDERED AND ADJUDGED** the [4] Report and Recommendation entered by United States Magistrate Judge Bradley W. Rath is **ADOPTED** as the opinion of the Court.  This lawsuit is hereby **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED AND ADJUDGED** this the 16th day of November, 2022.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE