IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LACEY GALJOUR**                                                                        **PLAINTIFF**

**v.**                                                                    **CAUSE NO. 1:22CV245-LG-BWR**

**CITY OF OCEAN SPRINGS
PD and JACKSON COUNTY
SHERIFF DEPT.**                                                                  **DEFENDANTS**

<u>**JUDGMENT**</u>

In accordance with the Order entered herewith, this Court finds that this lawsuit should be dismissed as frivolous.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [4] Report and Recommendation entered by United States Magistrate Judge Bradley W. Rath is **ADOPTED** as the opinion of this Court.  This lawsuit is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED AND ADJUDGED** this the 16th day of November, 2022.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE